# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ELENA LEVIN, | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-00389 |
| v. | ) | Judge Harry D. Leinenweber |
| ALTISOURCE SOLUTIONS, INC., | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR AN
## EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Altisource Solutions, Inc., by its attorneys, Sean C. Herring and Thanin O. Stewart of Jackson Lewis P.C., moves for a 14-day extension of time to answer or otherwise plead to Plaintiff Elena Levin's Complaint. In support of its Motion, Defendant states as follows:

1. On January 24, 2022, Plaintiff filed a Complaint against Defendant alleging violations of Title VII of the Civil Rights Act (42 U.S.C. § 2000 (e) *et seq.*), the Age Discrimination in Employment Act (29 U.S.C. § 621 *et seq.*), the Illinois Human Rights Act (775 ILCS 5/1 *et seq.*), and the Illinois Whistleblower Act (740 ILCS 174/1 *et seq.*).

2. On February 11, 2022, Defendant waived service in this matter. Accordingly, Defendant's responsive pleading is currently due April 11, 2022.

3. The undersigned counsel is in the process of investigating Plaintiff's claims and applicable defenses in order to prepare the appropriate responsive pleading. As a result, Defendant requests a 14-day extension of time to answer or otherwise plead.

4. On April 6, 2022, Defendant's counsel conferred with Plaintiff's counsel, who informed Defendant's counsel that Plaintiff has no objection to the relief requested herein.

5. This is the first request for an extension by Defendant.

6. Defendant does not bring this Motion for purposes of delay or for any other improper purpose.

7. Providing Defendant 14 additional days to answer or otherwise plead will not prejudice any party. Defendant simply requires a brief extension of time to prepare the appropriate responsive pleading.

**WHEREFORE**, Defendant Altisource Solutions, Inc., requests that the Court grant this Motion and grant it until April 25, 2022 to answer or otherwise plead to Plaintiff's Complaint, and any additional relief deemed just and appropriate.

Dated: April 11, 2022　　　　　　　　　　　　Respectfully submitted,

**Altisource Solutions, Inc.**

By: 　*/s/ Sean C. Herring*
　　　One of Its Attorneys

Sean C. Herring
Thanin O. Stewart
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Fax: 312.787.4995
Sean.Herring@jacksonlewis.com
Thanin.Stewart@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Sean C. Herring, an attorney, certify that on April 11, 2022, I caused a true and correct copy of the attached *Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Plead* to be served on all counsel of record by filing it through the Court's electronic filing system and by email.

                                                  */s/ Sean C. Herring*