**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division**

Elena Levin

        Plaintiff,

v.                 Case No.: 1:22–cv–00389
                    Honorable Harry D. Leinenweber

Altisource Solutions, Inc.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 11, 2022:

   MINUTE entry before the Honorable Harry D. Leinenweber: Defendant's unopposed motion for extension of time to 4/25/22 to answer or otherwise plead [6] is granted. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.